```
                                              ┌─────────────────────────────┐
                                              │          FILED              │
                                              │                             │
                                              │        AUG 1 4 2008         │
                                              │                             │
                                              │   CLERK, U.S. DISTRICT COURT │
                                              │ SOUTHERN DISTRICT OF CALIFORNIA│
                                              │ BY  VIC              DEPUTY  │
                                              └─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHNNY FRANCO-GUZMAN,<br><br>                    Defendant. | Criminal Case No. 08CR2734-L<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor) |

On or about July 30, 2008, within the Southern District of California, defendant JOHNNY FRANCO-GUZMAN, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

DATED: 8/14/08        .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:8/13/08